# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

SCANNED AT PON CC
EMAILED _9-8-25_ (date)
BY _____ec_____ (intials)
_____76_____ (# of pages)

RONALD NOBLE M14596 )
_____ )
_____ )
_____ )
_Plaintiff(s)/Petitioner(s)_ )
v. )
)
LAwRence coRRectional center )
Lt. J. Burley, Sgt. fiero, C/o mays, )
C/o Schnell, Lt. dacy, C/o Nolan )
GerLing, C/o musgrave, C/o T. Bartt )
Nurse DeeNA SeeD  _Defendant(s)/Respondent(s)_ )
Wexford Health Source INC.

Case Number: **25-1757-SPM**

_(Clerk's Office will provide)_

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.    JURISDICTION

### Plaintiff:

A.    Plaintiff's mailing address, register number, and present place of
confinement.    RONALD NOBLE
IDoc #M14596
Pontiac correctional Center
PO BOX 99
Pontiac IL 61764

### Defendant #1:

B.    Defendant ___J. BURLEY___ is employed as
         (a)    (Name of First Defendant)

___LIEUTENANT  Badge #7347___
         (b)    (Position/Title)

with ___LAWRENCE coRRectional center___
         (c)    (Employer's Name and Address)

___10930 LawRENCE RoAD, SUMNER IL 62466___

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?    ☑ Yes    ☐ No

If your answer is YES, briefly explain: AS A state correctional
LIEUTENANT

Rev. 10/3/19

**Defendant #2:**

C.     Defendant ___CLARY_____is employed as

(Name of Second Defendant)

___CorrectionAL Lieutenant___
(Position/Title)

with ___LawRENCE CorRectional CENTER___
(Employer's Name and Address)
___10930 LAwrence RoAd, SUMNER IL 62466___

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?     ☑Yes     ☐ No

If you answer is YES, briefly explain: AS A StatE correctiona/ Lieutenan

**Additional Defendant(s) (if any):**

D.     Using the outline set forth above, identify any additional Defendant(s).

Defendant#3 Fiero is employed as
(NAme of thtrd Defendant)

CorrectionaL sergeant
(Position/Title)

witH Lawrence correctional center
(Employer's NAme and Address)

10930 Lawrence RoAd, SUMNER IL 62466

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☑yes ☐NO

If you answer is Yes, briefly explain: As A state Correctional Lieutenant.

Rev. 10/3/19

Defendant #4

E. Defendant NOLAN GerLiNG is employed as
         (Name of fourth Defendant)

Correctional officeR
         (Position/Title)

with Lawrence correctional center
         (Employer's Name and Address)

10930 LAwrence RoAD, SUMNER IL 62466


Defendant #5

F. Defendant Musgrave is employed as
         (Name of FiftH Defendant)

Correctional officeR
         (Position/Title)

with Lawrence correctional center
         (Employer's Name and Address)

10930 Lawrence RoAD, SUMNER IL 62466


G. Defendant #6

Defendant T. Barth is employed as
         (Name of sixtH Defendant)

Correctional officer
         (Position/Title)

with Lawrence correctional center
         (Employer's Name and address)

10930 Lawrence RoAD, SUMNER IL 62466


H. Defendant #7

Defendant MAYS is employed as
         (name of seventh Defendant)

Correctional officer
         (Position/Title)

with Lawrence correctional center
         (Employer's Name and address)

10930 Lawrence RoAD, SUMNER IL 62466

I. Defendant #8

Defendant Schnell is employed as
(Name of eighth Defendant)

Correctional Officer
(Position/Title)

with Lawrence Correctional Center
(Employer's Name and Address)

10930 Lawrence Road, Sumner IL 62466


J. Defendant #9

Defendant Deena SEED is employed as
(Name of ninth Defendant)

Correctional Nurse for wexford Inc
(Position/Title)

with Lawrence correctional center
(Employer's Name and Address)

10930 Lawrence Road, Sumner IL 62466

## Parties

1. The Plaintiff, RONALD NOBLE, was incarcerated at Lawrence correctional center during the events described in this complaint.

2. Defendants Nolan Gerling, T. Barth, MAYS, Schnell, Musgrave are correctional Officers employed at Lawrence. They are sued in their individual capacities.

3. Defendant FIERO is a correctional Sergeant that was in charge of restrictive housing Segregation unit at Lawrence. He is sued in his individual capacity.

4. Defendant J. Burley Badge# 7347 is A Lieutenant employed at Lawrence. He is sued in his individual capacity.

5. Defendant Clary is A correctional Lieutenant that was in charge of restrictive housing segregation unit at Lawrence. He is sued in his individual capacity.

6. Defendant Debra Seed is the nurse at Lawrence and is generally responsible for ensuring Provision of medical care to Prisoners and when a Prisoner needs treatment or evaluation. She is Sued in her individual and official capacities

7. Defendant Brain Tolliver is a correctional Lieutenant at Lawrence an is responsible for conducting disciplinary hearings for prisoners accused of breaking prison rules. He is sued in his individual capacity.

## II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐ Yes ☑ No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s):

Defendant(s):

2.   Court (if federal court, name of the district; if state court, name of the county):

3.   Docket number:

4.   Name of Judge to whom case was assigned:

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):

6.   Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

Rev. 10/3/19

7. Approximate date of filing lawsuit:

8. Approximate date of disposition:

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☑ Yes ☐ No

C. If your answer is YES,
1. What steps did you take? I wrote my grievance and Exhausted all of Administrative remedies

2. What was the result? I was Denied by CAO and ARB Board saying I.A is investigating these Claims.

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
1. What steps did you take?

Rev. 10/3/19

2.      What was the result?

G.      If your answer is NO, explain why not.

H.      Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

I wrote a grievance on January 21 2025 see Exhibit 1 with the ARB response from Director Latoya Hughes about Inadequate health care Grievance number K75-0125-0214

I wrote A grievance on December 29 2024 see Exhibit 2 with the ARB response from Director Latoya Hughes about Excessive force, cruel and usual Punishment under Eighth Amendment, Deliberate InDifference, Retailation for speech first Amendment grievance number K75-125-027.

I wrote A grievance on January 21 2025 See Exhibit 3 with the ARB response from Director Latoya Hughes about my Disciplinary report grievance number K75-0125-0198

Rev. 10/3/19

Exhibit 1

Assigned Grievance #/institution  Lawrence Correction center          Housing Unit  Seg/RH    Bed # Lower 7

1st Lvl rec  1675-0125-014     **ILLINOIS DEPARTMENT OF CORRECTIONS**                                2nd Lvl rec
                               **Individual in Custody's Grievance**

| Date:                        | Individual in Custody (please print): | ID #:         | Race (optional): |
|------------------------------|---------------------------------------|---------------|------------------|
| January 21 2025              | RONALD NOBLE                          | M14596        | BLK              |

| Present Facility:                        | Facility where grievance issue occurred: |
|------------------------------------------|------------------------------------------|
| LAWRENCE CORRECTIONAL CENTER             | LAWRENCE CORRECTIONAL CENTER             |

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    ☑ Medical Treatment    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of Sentence Credit

☑ Other (specify): Inadequate Health CARE

☐ Disciplinary Report JAN 2 4 2025
_____
Date of report                              Facility where Issued

RECEIVED LAWRENCE CC
JAN 2 7 2025
GRIEVANCE OFFICE

RECEIVED LAWRENCE CC
JAN 2 4 2025
GRIEVANCE OFFICE

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the date of January 3 2025 the CAO warden Brown deemed my grievance as a emergent one for medical attention to see the Nurse or NP and on 1-10-25 per response from HCUA Cunning Ham, Said my request I put in for sick call to received on January 6 2025 and with be completed I got a request slip on January 18 2025 At 12:30PM for RH Nurse sick call It was Authorized by Cassi Rowe Hunt I never was seen for that sick call I ask sgt. carter the ☑ Continued on reverse

**Relief Requested:**

I want to see the NP MS. LUKING or Doctor or Nurse for my Back, ear, eyes, Neck and I also want to see the EYE Doctor as Well because I'm still IN Pain Please

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_____        M14596              January 21 2025
Individual in Custody's Signature    ID#                    Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____        _____        _____
Print Counselor's Name          Sign Counselor's Name           Date

**Note to Individual in custody:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: 1/24/25

Is this determined to be of an emergency nature:

☑ Yes, expedite emergency grievance

☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

_____        1/24/25
Chief Administrative Officer's Signature        Date

Exhibit

Assigned Grievance #/Institution  Lawrice correctionsl center    Living Unit  seg/RH    Bed #  Lower 7

1st Lvl rec                    **ILLINOIS DEPARTMENT OF CORRECTIONS**                2nd Lvl rec.
                              **Individual in Custody's Grievance**

seg/RH housing, sgt. and C/o Hintle what happend they said I down know. I put in sick call on Dec 29, they gave my sick call to Nurse sherman, Jan 2 2025 to C/o woodward and Nure ms. A at med line at 10:00pm, and Jan 9 to Nurse Joy and woodward at med line at 8:11pm I also Put in for the EYE Doctor on Dec 29, JAN 1, and JAN 12. I been denied medical attention Inmates most rely on prison authorities to treat his medical needs I still need to see the nurse and NP ms. Luking or A Doctor because my eye, Back, Neck, ear is in server pain it is hard for me to sleep and hard for me to see good I see Black Dots and I also need to see the eye Doctor as well. Please I need "help".

Exhibit 1

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

SAL 07

| Grievance Officer's Report |
|---|

Date Received:    01/27/2025         Date of Review:    02/20/2025                    Grievance #: K75-0125-0214

Individual in
Custody Name: **Noble, Ronald**                                                            ID#: **M14596**

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** Grievant alleges 01/18/25 they were scheduled to be seen by the HCU, but that appointment did not happen. Grievant alleges they are not being seen by the HCU despite submitting requests.

**Grievance Officer's Response/Findings:** Per the HCUA, "Per review of medical chart, Noble was seen on nurse sick call on 1/23/25 for pain in back, neck, ear, and eye. Noble was referred to provider for higher level of care due to current medications being ineffective and complaint of not being able to sleep. Swollen TMs and knot to back right side of neck was noted. Noble was seen by optometrist on 1/24/25 and glasses were ordered. Noble was to have appointment with MD on 2/5/25, however, appointment not completed due to restrictive housing schedule and arrival of intakes. Appointment to be rescheduled. Review of call pass history shows that pass for 1/13/25 was for a mental health appointment, not medical."

**Recommendation:** Based upon a total review of all available information, this Grievance Officer recommends that the grievance be **denied**, based on the HCUA's response, the grievant appears to continue to be seen by a medical professional in order address concerns.

_____
**J. Garrett, CCII**
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: _____        ☑ I concur        ☐ I do not concur        ☐ Remand

**Action Taken:**

_____                                                        2/20/25
Chief Administrative Officer's Signature                                                        Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____            _____            _____
Individual in Custody's Signature                        ID#                        Date

Printed on Recycled Paper

E xhibit 1

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)





J.B. Pritzker
Governor

Latoya Hughes
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

3/21/25
Date

Name: RONALD NOBLE

ID# : M14596

Facility: LAWRENCE

This is in response to your grievance received on 3/7/25 . This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 1/21/25 Grievance Number: K75-0125-0214 Griev Loc: LAWRENCE

- ☑ Medical Grieves medical treatment for back/neck/ear pain; grieves submitting several sick calls between Dec. 2024-Jan. 2025

- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☐ Other

Based on a review of all available information, this office has determined your grievance to be:

- ☐ Affirmed

- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.

- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

- ☑ Other: If still experiencing any medical concerns, submit a nurse sick call slip.

FOR THE BOARD:
Rebecca Riggs
Administrative Review Board

CONCURRED:
Latoya Hughes
Director

CC: Warden, LAWRENCE Correctional Center
RONALD NOBLE ID# M14596

*Mission. To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

Exhibit 2

Assigned Grievance #/Institution LAWRENCE CORRECTIONAL CENTER   Housing Unit SEGAWING   Bed # Lower 7

1st Lvl rec 1/3/25

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

2nd Lvl rec 1/6/25

| Date: December 29 2024 | Individual in Custody (please print): RONALD NOBLE | ID #: M14596 | Race (optional) BLK |

| Present Facility: Lawrence correctional center | Facility where grievance issue occurred: Lawrence correctional center |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [x] Other (specify)  Excessive Force, Cruel and unusal Punishment under Eishth Amendment  Deliberate Indifference Retailation for speech First Amendment
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report ___  Facility where issued ___

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document** (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if EMERGENCY grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the Date of December 26 2024 at appromaxtkey 5:00 P.m or 5:30 P.m I arrived at Lawrence correctional center on a Thursday Tranfer bus with Seven other individuals coming from Stateville NRC and from Courtwrit while coming from Stateville NRC Every individual is handcuff before getting on a transfer Bus and Seat it and a seat on the tranfer Bus and cuft to a chain until to go to your next transfer bus at no time do you take off the cuffs when getting off the bus or going to the next transfer bus. →

[x] Continued on reverse

**Relief Requested:**

I want All Camera footage and all Pictures took of my Injuries Saved and gave to me and Stored and All Parties Invloved fired and reliefed of there duty and money + comparsion for Pain and suffering. and medical attention for my Ears and Eys

[x] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[ ] Check if this is **NOT** an emergency grievance.

Individual in Custody's Signature ___   ID# M14596   Date December 29 2024

*(Continue on reverse side if necessary)*

**Counselor's Response** (if applicable)   Date Received: ___   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

Print Counselor's Name ___   Sign Counselor's Name ___   Date ___

**Note to individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: 1/3/20-

Is this determined to be of an emergency nature:

[x] Yes, expedite emergency grievance
[ ] No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature ___   ID #: ___   Date 1/3/20-

Assigned Grievance #/Institution: LAwrence CoRRectionAL center #102  Housing Unit: SegHung  Bed #: lower 7

1st Lvl rec: _____                                              2nd Lvl rec: _____

Lt. Burley was driving the bus c/o Schnell and c/o mays was on the bus as well and c/o Schnell is the one who seated us and cuff us to the long chain while seated. While getting off the transfer Bus at between 5:10 and 5:30 Pm Lt. Clary, Lt. Thomas, tact team officer c/o Nolan Gerling, tact team officer c/o Barton, tact team officer musgrave was IN front of the sallyport in front of the seg unit Standing by the Door waiting to for each Individual IN custody to get off the Transfer Bus at this time we walked off the bus one by one first It was the seg transfer everyone was handcuff the whole time and the whole bus ride I was a seg transfer so I had my brown bag lunch in my hand they told me you don't suppose to have that throw It away right Now or we going to have problems I said alright I got you and I ask about my court writ bag So I cAN have my HYigene shower shoe, soap and Legal work and Lt. Clary said didn't I said throw the food away I don't care about No court writ bag then he grab my arm twisted me to the ground grab the Brown food bag out my hand it hit the ground as well when I was wrestled the the ground by Lt. Burley, ~~officers~~, tact team officer NolAN Gerling, tact team officer Musgrav Lt. Clary ~~~~~ THe whole time I Never pose a treat I was handcuff the whole time while talking to them getting off the bus which the camrea will Show after being on the ground. I said "why are you doing me like this I'm handcuff I aint do nothing" they sa. Im going to teach you to listen thus they put the knee on my deck and Punch me and my ribs stuck there finger in my eye and you cAN check the camera and see Sgt. fierd running from the seg/RH interlock toward us in the front of the seg enterance driving on top of me holding my head and neck down while they spray me with mase in my eyes and my left ear I told them I can't breathe Please Help and tact team officer musgrave said I dont and was trying to Pull my haiR out while they choke me and force me in a restrain Chair for No reason while handcuff the whole time never Poseing No treat the c/o and Lt took me down "Malicious and sa distically" way to cause harm to me with using force that violates the eight amendment by Prison guards and It also is deliberate indifference standards applies to Staff members who stand by and didn't do nothing to help. I was in C-wing Shower In Seg I.A Ms. Constino took a picture of me at 5:35 or 5:40 Pm you cAN see I had my left cheek on my face bruise up and stractch up with a red bruise on It my eyes was mase up and Poffy cut on my right eye my elbow and m hinds and wrist was stractch up with red brivse the carmen will show that from Pictures I told them Please Can you get this mase off me I need medical attention they said No So I Seen Nurse Seed at 7:00 Pm or 8:00 Pm I told her about my Injurys to my EAR, face, Neck, back, arm She wrote them down I told her I have a head Injury cAN she give me Something to Clean my EAR, ~~~~ face and eyes out of mase She lied and said I will give It to you later but haver Come then she did a mental Health accessment on me asking me questions asking I'm I OkAYY do I want to Commite suicide I said No I'm Good I Just need medical attention Please Help I'm on fire my EAR and Eye and face is burning after that they Put me back in the cell at 8:00 or 8:30 Pm at like 8:50 or 9:15 Pm (time) so I and Sgt. fierd Come to my cell Put me in the soothing room and Said you have have to go too 5 House on watch because Nurse seed said she tHink →

Exhibit 2.5 Lower 7

1st Lvl rec.                                                                2nd Lvl rec

Shu you need to go over there I said that is Not right I Never told her I Am suicidal I answered every question right tuti clarY and sgt fiero said that is final and tact team officer Nolan Gecling and officer fact team member's Barton took me to 5 House which the camrea will show at 8:50 or 9:00 pm I went to 5 House B wing Cell 20 I dont Know how Nurse seed Put me on watch she is not A BH I or AM HP she can't Do that. When it was 11-7 shift I asked Lt. Deamial for medical attention around 12:00 until 1:00 Am not really sure the time I still dont get no medical attention and when they did med Line at 3:45 Am I ask sgt Severly that was walking with the Nurse which was Nurse Joy I ask both of them when they stop at my cell to give me my meds I need to go to health CARE my Arms, face, and eyes are on fire and It is mase and blood coming out my left ear drum I show them on my finger they said health CARE Know and walk off and dont help me, In the morning I talk to MHP MS. Mars between 9:40 to 10:00 Am I also talk to mental Doctor MS. Polk I told them I Never suppose to be over here in the first Place she talk to me and said OkAy and they took me off watch mental Doctor MS. Polk told health CARE to help me when I walk in Health CARE on my way back to seg I left and walk in Health CARE at 10:30 or 11:00 am asked MS. Brown CAN I Please have you clean my EAR, face, and eyes because It Burn she said It has been a day You dont need medical attention he good You cAn go to seg now the Camera Footage will show that as well at that time after that I talk to IA rich and told them what happend all this happend on December 27 2024. I want all camera footage and Pictures and reports and incidents done by Nurse seed, MHP MS. Mars H to show when I was took off watch and Pictures took by I.A MS Constino to use as evidence as well. I still Need MY Ear Clean because mase is still in them and my eyes are still burning with Spots in my right eye and I still see Black dots and medical Attention right Now.

Distribution: Master File; Individual in Custody

DOC 0046 (Rev. 8/2023)

Assigned Grievance #/Institution   LAwrence Correctional Center   Unit  Seg/RH   Bed # Lower 1

| 1st Lvl rec | ILLINOIS DEPARTMENT OF CORRECTIONS | 2nd Lvl rec |
|---|---|---|
| | **Individual in Custody's Grievance** | |

| Date: December 29 2024 | Individual in Custody (please print): RONALD NOBLE | ID #: M14596 | Race (optional): BLK |
|---|---|---|---|

| Present Facility: LAwrence Correctional Center | Facility where grievance issue occurred: LAwrence Correctional Center |
|---|---|

**Nature of grievance:**

- ☐ Personal Property
- ☐ Mail Handling
- ☑ Medical Treatment
- ☐ ADA Disability Accommodation
- ☑ Staff Conduct
- ☐ Dietary
- ☐ HIPAA
- ☐ Restoration of Sentence Credit
- ☑ Other (specify): Eyce ssive Force, cruel and unual Punishment under eight amendment, Deliberate Indifference
- ☐ Disciplinary Report

_____ Date of report        _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) **and place in the designated locked receptacle marked "grievance":**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if **EMERGENCY** grievance
**Mail to Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____

_____

_____

_____

_____

_____

_____

☐ Continued on reverse

**Relief Requested:**

_____

_____

_____

_____

☑ Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is **NOT** an emergency grievance.

_____ Individual in Custody's Signature        M14596 ID#        December 29 2024 Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: _____   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

_____

_____

_____

_____

_____

_____

_____ Print Counselor's Name        _____ Sign Counselor's Name        _____ Date

**Note to Individual in custody:** If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature        _____ Date

Distribution: Master File; Individual in Custody        DOC 0046 (Rev. 8/2023)

Exhibit 2

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**   RM-AL-07

| Grievance Officer's Report | | |
|---|---|---|

| Date Received: | 1/6/25 | Date of Review: | 1/13/25 | Grievance #: | K75-125-027 |
|---|---|---|---|---|---|

Individual in
Custody Name: Noble, Ronald                                    ID#: M14596

Nature of Grievance: Staff Conduct, Medical Treatment

Facts Reviewed: Individual in Custody Noble M14596 states he arrived at Lawrence CC on 12/26/24. Individual grieves excessive force by staff while exiting the transfer bus at the facility. Individual states a nurse saw him around the time of 8:54 pm, but did not address his medical concerns. Individual states he advised several staff members about his medical needs, but still was not seen by healthcare.

Grievance deemed emergent by CAO on 1/3/25.

Per response from HCUA Cunningham on 1/10/25, individual was assessed by RN on 12/26/24, "irritated and on edge no acute distress." Medications were reviewed. On 11/19/24, individual was assessed by the MD, radiology consult on 4/29/24. Request to Wexford for nurse sick call to be completed on 1/10/25. Mental Health consult completed in referral.

Grievance was forwarded to Internal Affairs on 1/3/25.

This grievance officer notes that individual should utilize the request slip procedure, submitting a request slip healthcare for any medical concerns or issues.

Recommendation: Based upon a total review of all available information provided at the time of this review, this Grievance Officer recommends that the grievance be **mixed**. Grievance is **partially resolved**, as Internal Affairs has been notified of allegations of excessive force. Grievance is **partially denied**, as per HCUA, individual was assessed by an RN on 12/26/24, no acute distress noted.

_____
L. Livingston CCII
Print Grievance Officer's Name

_____
Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

Date Received: 1/13/25   ☑ I concur   ☐ I do not concur   ☐ Remand

Action Taken:

_____
Chief Administrative Officer's Signature                                    1/13/25
Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____
Individual in Custody's Signature                    ID#                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
### RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE (Continued)



Printed on Recycled Paper

*Exhibit 2*

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: RONALD NOBLE

2/20/25
Date

ID# : M14596

Facility: LAWRENCE

This is in response to your grievance received on **1/27/25**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: **12/29/24**   Grievance Number: **K75-125-027**   Griev Loc: **LAWRENCE**

- ■ Medical Grieves medical treatment following a use of force incident on 12/26/24 for injuries to ear, face, neck, back & arm
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ■ Staff Conduct Claims of excessive use of force by several security staff on 12/26/24
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed

☐ Denied, in accordance with DR504F, this is an administrative decision.

☐ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

■ Other: Mixed. Resolved; Per I/A, there is an open investigation into these claims. Denied; Grievant was seen by healthcare after this incident. If still experiencing any medical concerns, submit a nurse sick call slip.

FOR THE BOARD: _____
Rebecca Riggs
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Acting Director

CC: Warden, LAWRENCE _____ Correctional Center
    RONALD NOBLE _____, ID# M14596

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

Exhibits

ILLINOIS DEPARTMENT OF CORRECTIONS
**Disciplinary Report**

**Type of Report:**
■ Disciplinary  ☐ Investigative     Facility: Lawrence CC     Date: 12-26-24

Name of Individual
in Custody: Noble, Ronald     ID #: M14596     SMI: ☐ yes ☑ no   Race: Blk

Observation Date: 12-26-24   Approximate Time: 515   ☐ a.m. ■ p.m.   Location: RH Hallway

**Offense(s): DR 504:**  102a- Assault with Injury. 215- Disobeying A Direct Order Essential Safety and Security

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On 12-26-24 at approximately 515 pm, I LT Burley was assigned as the transfer LT. During the unloading
of individuals in custody, Noble, Ronald M14596 started demanding he gets his property right now. I along
with LT. Clarey explained to him that theres a process to go through and that he would not be getting his
property right then. We also told him he needed to throw his lunch sack away because nothing comes into
restrictive housing. Noble M14596 refused to throw his trash away. I again explained to him that hes had 4
hours to eat it and nothing is allowed into RH. Noble M14596 then opened the bag and took out a bag of
chips and began to try and eat them. At this point the bag lunch was taken away by staff and Noble began
to resist walking into restrictive housing. Noble continued to resist and actively start fighting staff. Noble
M14596 was placed on the ground to gain control of him. Do to him being on the transfer bus he was

**Witness(es):** _____
☐ Check if Disciplinary Report Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| | | | | | | |
|---|---|---|---|---|---|---|
| LT. J. Burley | 7347 | | | 12-26-24 | 605 | ☐ a.m. ■ p.m. |
| Reporting Employee (Print Name) | Badge # | Signature | | Date | Time | |

---

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

_____      _____      Date
Printed Name and Badge #                       Shift Supervisor's Signature
                                               (For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☑ **Major Infraction**, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction**, submitted to Program Unit

_____      _____      Date
Print Reviewing Officer's Name and Badge #     Reviewing Officer's Signature

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

_____      _____      Date
Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such
as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be
questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could
testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are
unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☑ Check if individual in custody
refused to sign          Individual in Custody's Signature                    ID#

_____      _____      _____
Serving Employee (Print Name)                  Badge #                         Signature
                                                                              ☐ a.m. ☑ p.m.

_____      _____
Date Served                  Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____      _____
Individual in Custody's Signature              ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

_____      _____      _____
Date of Disciplinary Report   Print individual in custody's name      ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report
of the above date:

_____      _____      _____      _____
Print Name of witness         Witness badge or ID#          Assigned Cell          Title (if applicable)
                                                           (if applicable)

Witness can testify to: _____

_____      _____      _____      _____
Print Name of witness         Witness badge or ID#          Assigned Cell          Title (if applicable)
                                                           (if applicable)

Witness can testify to: _____

Page 1 of 2

Distribution: Master File              Printed on Recycled Paper              DOC 0317 (Rev. 7/2021)
              Individual in Custody

Exhibit 3

ILLINOIS DEPARTMENT OF CORRECTIONS
**Disciplinary Report Continuation Page**

Lawrence CC
Facility

☒ Disciplinary Report  ☐ Investigative Report  ☐ Disciplinary Summary  ☐ Adjustment Committee Summary

Report/Incident Date: **12-26-24**          Incident # (if applicable): _____

**Individual in Custody Information:**
Name: Noble, Ronald                    ID #: M14596

Use the space below to provide any additional information.

hand cuffed in the front. Do to him resisting and fighting staff we took control of his arms and then removed one hand cuff so we could place his hands behind his back. Once one hand was free staff attempted to roll Noble M14596 onto his stomach so hand cuffs could be placed behind his back. During this, Noble M14596 began throwing elbows and struck me in the right eye area and in my nose. Pepper spray was deployed during this time by Sgt. Fiero and CO A. Musgrave. Once Noble M14596 was placed back in hand cuffs behind his back he was placed in the restraint chair and escorted to the medical room in restrictive housing to be seen by nursing staff.

Page __2__ of __2__

Exhibit 3

Assigned Grievance #/Institution: LAwrence Correctional #110    Hc g Und Seg/RH Assigned Lower 7

1st Lvl rec    K75-0125-OM8    ILLINOIS DEPARTMENT OF CORRECTIONS
Individual in Custody's Grievance    2nd Lvl rec

| Date: Jan 21 2025 | Individual in Custody (please print): RONALD NOBLE | ID #: M14596 | Race (optional): BLK |

| Present Facility: LAWRENCE CORRECTIONAL CENTER | Facility where grievance issue occurred: LAwrence correctional center |

**Nature of grievance:** RECEIVED

☐ Personal Property LAWRENCE ☒ Mail Handling    ☒ Medical Treatment    ☐ ADA Disability Accommodation

☒ Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of Sentence Credit

JAN 24 2025

☒ Other (specify): Excessive force cruel and unusal punishment under Eighth Amendment Deliberate indifferce retaliation under first Amendment Due process Fourteenth Amendment

☒ Disciplinary Report GRIEVANCE-26-2024    LAwrence correctional center
OFFICE    Date of report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On the date of December 26 2024 at appromaXiety 5:11 pm I arrived at Lawrence Correctional center on A Thursday tranfer bus with Several other individuals coming from Stateville NRC and from court writs while coming fom stateville NRC every individual is handcuff before getting on A transfer bus and seatit and A seat on the transfer bus and cuff to A chain while You go to your next transfer bus at No time do you take off the cuffs when getting off the bus or going to the next transfer bus Lt Libirle badge # 7347 was driving the bus C/o Schnell and C/o MAYs was on the busAs well

☒ Continued on reverse

**Relief Requested:**

I want my ticket EXpugeded and throw out due to false reports on A disciplinary ticket I want all camera footage and Pictures took of m Injuries saved and gave to me and stored and All Par ties involved fired and relie fed of there Duty and Monety comparstion for pam and suffering and medical Attention for my EYES, Esrs and Back and neck.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance.

Individual in Custody's Signature    M14596    JAnuary 21 2025
ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____
Print Counselor's Name    Sign Counselor's Name    Date

Note to Individual in custody: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

EMERGENCY REVIEW:    Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

_____
Chief Administrative Officer's Signature    Date

Distribution: Master File; Individual in Custody    Page 1 of 2    DOC 0046 (Rev 8/2023)

Assigned Grievance #/Institution _Lawrence correctional_ Housing Unit _Seg/RH Awing_ Bed # _Lower 7_

1st Lvl rec          2nd Lvl rec

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Individual in Custody's Grievance

and c/o Schnell is the one who seated us and cuff us to the long chain while seated. While getting off the transfer bus at Silos Lt. Clary, Lt. Thomas, tact team officer c/o NoLAN Gerling, tact team officer c/o Burton, Tact team officer Musgra was in front of the sally port in front of the seg/RH unit standing BY the door waiting for each Individual IN custody to get off the transfer bus at this time we walked off the transfer bus one by one first it was the seg transfers. Everyone was handcuff the whole time and the whole bus ride I was a seg tranfer so I had my brown bag lunch in my hand they told me you don't suppose to have that throw it away right now or we going to have problems I said alright I got you and and I ask about my court writ bag so I can have my hygiene shower shoes, soap and legal mail and Lt. Clary said don't say throw the food away I don't care about no court writ bag then he grab my arm me tuward the ground grabed the Brown food bag out my hand it hit the ground as well when I was wrestlee to the ground by Lt. Burley, Lt. Thomas, tact team officer NoLAN Gerling, tact team officer musgrave, tact team officer Burton, and Lt. Clary the whole time I never pose a treat I was handcuff the whole time while talking to them getting off the bus which the camera will show after being on the ground I said "wht are you doing me like this I'm handcuff I aint do nothing" they said we going to teach you to listen to us they put there knee on my neck and back punched me in my Ribs stuck there finger in my eye and you can check the camera you can also see sgt. fiero running on Camera tuward me from seg/RH wth truck in front of the seg/RH entrance unit driving on top of me holding my head and neck down spraying me with pepper spray in my eyes while tact team officer Musgrave pepper spray me in my ear I was blind by this point so I told them I cant breath please help and tact team officer musgrave said I dont care and pulled my hair while on the ground and they put me in a restrain chair after they put there knee and my back cuff me to the back while holding my head to the ground bruiseing my face they put me in a restrain chair for no reason while handcuff the whole time never poseing no treat the c/o and LT's took me down "Maliciously and Sadistically" way to cause harm to me with using force that violates the Eight Amendment by Prison guards and it is also is "DELIBERATE INDIFFERENCE" standards applies to staff members who stand by and didn't do nothing to help. I was in the restrain chair with mace falling in my eyes, ear, and face they said I went to the medical room to see the Nurse but she aint do nothing to help the burning I couldn't see so I cant tell you which Nurse it was you have to check the camera after that they took me to C-wing shower in seg/RH I.A B. Costantino Badge# 7608 took pictures of my face bruise up and scraches on my face and cut on my right eye and my hair being wild from c/o musgrave pulling on it with mace on my face and body cut on my elbow and wrist she took them around 5:30pm between 5:40pm you can check the camera on that wing as well. I ask the Lt Clary and sgt. fiero I need medical attention I'm burning and can't see they ignored me so about 3 hours later I seen the Nurse seed at 8:54 pm I told her I have a head injury can you give me something to clean my face, eyes, and ear out from being pepper sprayed she said No I will do it later and lied and never come I also told her I have neck and back pain and showed her my elbow and wrist and face was bruise up with cut on my face she wrote everything down and checked my tempureture after that did a Mental Health accessiment on me →

Distribution: Master File, Individual in Custody          Page 2 of 2          DOC 0046 (Rev 8/2023)

Assigned Grievance #/Institution LAWrence correctional center

1st Lvl rec    2nd Lvl rec

ILLINOIS DEPARTMENT OF CORRECTIONS
Individual in Custody's Grievance

Housing Unit Seg/RH Housing Bed # Lower 7

asking me questions I'm I okay do I want to commit suicide I said No I'm Good I just need Medical Attention Please Help I'm on fire my ear and Eyes and face is burning after that they put me back in my cell at 8:56 pm or 8:57 pm RH/seg C Wing Lower 9 at like 9:10 or 9:15 Lt. Clary and sgt. Fiero come to my cell cuff me up put me in the soothing Room and said look you Have to go to 5 House on suicide watch because Nurse seed Said she think you need to go over there I said that right I never told her I'm suicideal I answered every question right Lt. Clary and sgt. Fiero said that is final and tact team officer C/o Burton and tact team officer Yodolan Geeling took me to 5 House on Bwing which the camera will show about 9:15 until 9:25 I went to 5 House Bwing Lower 20 I don't know how Nurse Seed put me on watch she is NOT A BHT or MHP she can't do that by doing that It violates the first Amendment for bids Prison officials from retaliating against Prisoners I asked for medical attention instead she took Adverse action and retaliated toward me and put me on suicide watch for retaliatory reasons and Not fo A legitimate correctional purpose. When It was 11-7 shift I Asked Lt. DEIMAL Badge #9839 for medical attention around 11:00 pm until 1:00 am not really sure what time I still don't yet do medical attentions just check the camera around that time I was in 5 House Bwing Lower 20 and when they did Med LINE at 3:45 AM I ask sgt. severly that was walking with the Nurse which was ms. Joy I ask both of them when they stop at my cell to give me my meds I need to go to health care my arms, face and eyes are on fire and it is pepper spray and blood coming out my left EAR drum I show them on my finger they said health care know and walk off and didn't help. In the morning on December 27 2024 I talked to MHP MS. marsh between 9:00 AM and 10:00 AM I also talk to mental Health Doctor MS. Polk I told them I never suppose to be over Here in the first place she talk to me and said okay and they took me off watch mental Health Doctor MS. Polk told Health Care to Help me when I leave and walk in health care at 10:00 AM between 10:40 AM asked MS. Brown can I please have you clean my EAR, face, and Eyes because It burn she said It has been A DAY you don't Need medical attention he good you can go to seg Now the camera footage will show that as well I went to seg and talk to I.A rich and It was at like 10:05 between 11:00 am about my situation and went to my cell on December 27 2025. This Disciplinary report should be expunged based on there IS No. 434 Incident report written Not one staff member was even seen by Health care for decontamination from exposure to Pepper spray there was No Injuries period. Per definition A 102A is AN Assault with injury causing A person, subject or object to come in contact with and resulting in injury to a staff member if I did this 1624 assault why didn't they attach the Incidents and reports to the final summary like they said at the end of the basis for decision also why did a the Camera they reviewed NOT Show me fighting staff? which they lied and fasely said and wrote in the ticket The camera clearly show Lt. Burley tried to cuff me and his own staff knocked him and move him out the way while they all was on me the camera Never showed me elbowing No one the camera In basis for decision says It at the bottom as well. In restrictive Housing standards for living conditions in Lawrence orientational Handbook A through y It doesn't say we can't take are food back to are cell in RH/seg check if a swell also I have a written statement and they don't put every thing I said I want my whole written statement on record I had Lt. toliver sign my paper look At the camera when I heard my ticket at 10:54 with C/o Carmen Milan on January 8 2025

Page 3

Ex h:b:+ 13

Ex h:b:+ 13

Assigned Grievance # Institution  LAWrence Correctional Center

0125-0198

1st Lvl rec        K35          2nd Lvl rec

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody's Grievance**

| Date: January 21,2025 | Individual in Custody (please print): RONALD NOBLE | ID #: M14596 | Race (optional): BlK |
|---|---|---|---|

| Present Facility: Lawrence correctional center | Facility where grievance issue occurred: Lawrence CORRECTIONAL center |
|---|---|

**Nature of grievance:**

- ☐ Personal Property
- ☑ Staff Conduct
- ☑ Other (specify): Excessive force cruel and unusal punishment under Eizth amendment DELiberate indiffer Retaliation under First amendment Due Process fourteenth Amendment
- ☑ Disciplinary Report  02-26-2025  Lawrence correctional center
      Date of report              Facility where issued
- ☐ Mail Handling
- ☐ Dietary
- ☐ HIPAA
- ☑ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved)

☐ Continued on reverse

**Relief Requested:**

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☑ Check if this is NOT an emergency grievance.

_____       M14596         January 21,2025
Individual in Custody's Signature         ID#              Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____          _____          _____
Print Counselor's Name               Sign Counselor's Name              Date

**Note to individual in custody:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure

_____          _____
Chief Administrative Officer's Signature         Date

Distribution: Master File, Individual in Custody          Page 1 of 2          DOC 0046 (Rev. 8/2023)

Exhibit 3

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**  RH-M-07

| Grievance Officer's Report | | | |
|---|---|---|---|
| **Date Received:** 01/24/2025 | **Date of Review:** 01/27/2025 | | **Grievance #:** K75-0125-0198 |

**Individual in Custody Name:** Noble, Ronald          **ID#:** M14596

**Nature of Grievance:** Disciplinary Report # 202500015/1-LAW

A review of the Disciplinary Report indicates it was served on 1/3/25; SMI: no; the grievant did not sign the Disciplinary Report; the grievant did not check the "waive the 24-hour notice of charges prior to disciplinary hearing" box; and the grievant did not complete the witness section at the time the DR was served.

Final Summary Report for incident # 202500015/1-LAW, dated 01/08/25, review indicates: Record of Proceedings:Disciplinary report read. Noble, Ronald M14596 plead not guilty to charges of 102a and 215. Noble provided a written statement. In summary, the written statement claims that he was unable to commit ticketed offenses. Also wants camera review and claims no incident reports were written. Basis for Decision: Based on Reporting Lieutenant Burley 7347 being assigned to the transfer Lt. During the unloading of Individuals, Noble, Ronald M14596 started demanding he gets his property right now. The R/Lt along with Lt. Clary explained to him that there's a process to go through and that he would not be getting his property right then. The Lts also told him he needed to throw his lunch sack away because nothing comes into Restrictive Housing. Noble refused to throw away his trash. The R/Lt again explained to Noble that he's had four hours to eat it and nothing is allowed into RH. Noble then opened the bag and took out a bag of chips and began to try to eat them. At this point, the bag lunch was taken away by staff and Noble began to resist walking into Restrictive Housing. Based on Noble continuing to resist and actively start fighting staff, Noble was placed on the ground to gain control of him. Due to him being on transfer bus, he was hand cuffed in the front. Due to him resisting and fighting staff, we took control of his arms and them removed one hand cuff so we (the R/Lt and other staff) could place Noble's hands behind his back. Once one hand was free, staff attempted to roll Noble onto his stomach so hand cuffs could be placed behind his back. During this, Noble began throwing elbows and struck the R/Lt in the right eye area and in the nose. Pepper spray was deployed during this time by Sgt. Fiero and C/O A. Musgrave. Once Noble was placed back in hand cuffs behind his back, he was placed in the restraint chair and escorted to the medical room in Restrictive Housing to be seen by nursing staff. Based on Sgt. Fiero and C/O Musgrave being witnesses. Based on Noble being identified by state ID card. Camera review supports the ticket as written. Camera review shows Lt. Burley attempting to cuff Noble and then Lt. Burley is moved by staff to the side. Lt. Burley was on his hands and knees for a while seemingly in pain. After standing, Lt. Burley made multiple gestures toward his face/nasal area. Of note, multiple incidents were written and will be attached to the final summary.

Grievant was found guilty of 102a & 215 and the Adjustment Committee recommended 3 months C grade & 1 year segregation. Chief Administartive Officer concurred with the Adjustment Committee's recommendations on 01/13/25.

**Recommendation:**
Based on a total review of all available information, and a compliance check of the procedural due process safeguards outlined in Department Rule 504, this Grievance Officer recommends the individual's grievance be **denied.**

J. Garrett, CCII
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| **Date Received:** 1/28/25 | ☑ concur | ☐ I do not concur | ☐ Remand |
| **Action Taken:** | | | |

Chief Administrative Officer's Signature                                    Date 1/28/25

**Offender's Appeal To The Director**

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature                    ID#                    Date

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)

Printed on Recycled Paper

Exhibit 3

J.B. Pritzker
Governor



Latoya Hughes
Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Noble, Ronald

ID# : M14596

Facility: PON

5/14/25
Date

This is in response to your grievance received on 2/03/25 _____. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: 1/21/25 _____ Grievance Number: K75-0125-0198 Griev Loc: LAW _____

- [ ] Medical _____
- [ ] Dietary _____
- [ ] Personal Property _____
- [ ] Mailroom/Publications _____
- [ ] Staff Conduct _____
- [ ] Commissary / Trust Fund _____
- [ ] Conditions (cell conditions, cleaning supplies, etc.) _____
- [x] Disciplinary Report: Dated: 12/26/24  Incident # 202500015/1-LAW
- [ ] Other _____

**Based on a review of all available information, this office has determined your grievance to be:**

- [ ] Affirmed

  _____

- [ ] Denied, in accordance with DR504F, this is an administrative decision.
- [x] Denied, this office finds the issue was appropriately addressed by the facility Administration.
- [ ] Other: _____

- [ ] Denied as the facility is following the procedures outlined in DR525.
- [ ] Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- [x] Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____
Ryan Nothnagle
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Director

CC: Warden, PON _____ Correctional Center
Noble, Ronald _____ , ID# M14596

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

## IV. STATEMENT OF CLAIM

**A.** State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

1. On the date of December 26 2024 at approximately 5:15pm I arrived at Lawrence Correctional Center on Thursday transfer bus.

2. With other individuals coming from stateville NRC from A court writ. While coming from stateville NRC every individual is handcuff before getting on A transfer bus and seat down and chain up until we get on the next transfer bus where we are still handcuff and seat down until we arrive at are facilty at no time we are uncuffed.

3. Lieutenant J. Burley Badge # 7347 was driving the bus Correctional officer schnell and correctional officer MAYS was on the bus as well and correctional officer schnell is the one who seated us and cuff us to a long chain while seated.

Rev. 10/3/19

4. a. I was a seg transfer so I got off the bus first with my brown bag lunch in my hand Lieutenant clary told me you don't suppose to have that throw it away right now or we are going to have a Problem I said alright I got you and ask about my court writ bag so I can have my Hyigene, shower shoes, and legal mail it was on the bus with us and Lieutenant clary said didn't I say throw that brown bag lunch away I don't care about your court writ bag.

5. a. Then Lieutenant clary grab the brown bag lunch out of my hand food hit the ground then grab my arm and twisted it then Lieutenant clary, tact officer NoLAN Gerling, tact officer musgrave and Lieutenant J. Burley Badge #7347 wrestle me to the ground the whole time never Poseing a treat I was handcuff the whole time talking to them getting off the bus which the camera will show.

6. ● While on the ground I said "Why are you doing me like this I'm hand cuff I ain't do nothing" they said we going to teach you to listen to us they put there knee on my neck and punch me in my ribs stuck there finger in my right eye and you can check the camera and see Sergeant Fiero running from seg/RH interlock toward us in the Hallway enterance in seg Sergeant Fiero dove on un top of me holding my head and neck down while him and other Correctional officers sprayed me with mace in my eyes and my left ear.

7. ● I told them I can't breathe please heip tact team officer musgrave said I don't care and was pulling my hair out while they choke me and force me in a restrain chair for no reason while handcuff the whole time never poseing a treat the Correctional officers A. mugrave, NOLAN Gierling, Lieutenant Clary, J. Burley Badge # 7347 and Sergeant Fiero took me down "Malicious and Sadistically" to cause harm to me with using force that violates the eight Amendment by prison guards and It is "Deliberate indifference" and applies to staff members who stand by and didn't do nothing to heip.

8. I was in C-wing shower in seg/RH I.A Ms.B.Costantino Badge # 7608 took pictures of my injuries at 5:35 or about 5:45 pm you can check the camera footage on C-wing in seg/RH unit you can see I had my left cheek on my face bruise up and red bruises under my right eye my eyes was red and puffy due to being mace up and a cut in the corner of my right eye cuts on my elbow and cuts on my hand and wrist with red bruiseing the pictures will show everything I'm saying is true.

9. I told sergeant Fiero and Lieutenant clary please can you get me medical attention ~~told~~ No! So I seen nurse RN DEENA SEED 2 in a half hours later at 7:00 pm I told her about my injuries to my ear, face, neck, back, and arm she wrote them down I told her I have a head injury can she give me something for the pain and can she clean my ear, face and eyes out from the mace she lied and said I will help you later and come back but never came back to help me.

10. Then nurse Deena seed did a mental health accessment crisis care record asking me questions like Am I okay do I want commit suicide I said No I'm good I just need medical attention please help my Ear, face and Eye is on fire and burning.

11. After that they put me back in my cell on C-wing in seg/RH at 8:00 pm at 8:50 pm Sergeant fiero and Liteutenant clary came to my cell put me in the soothing room and said You have to go too 5 house on watch because nurse Deena Seed Said she think you need to go over there I said that is not right I never told her I am suicidal I answered every question right Sergeant Fiero and Lieutenant clary Said that is final and tact team officer NOLAN Ger Ling and tact team officer T. Barth took me to 5 house which the camera will show at 8:50 pm or about 9:00 pm when I arrived to 5 House B-wing Lower 2o.

12. I don't know how nurse Seed put me on crisis watch she is not A BHT or MHP. When It was 11-7 Shift change I asked Lieutenant Deimal for medical attention around 11:45 pm or about 12:45 Am I still didn't get any medical attention and when they did med line at 3:45 Am I ask Segreant Severly that was walking with nurse Joy I ask both of them when they stopped at my cell to give me meds can you please get me to health care my arms, face and eyes are on fire and mace and blood is coming out my Left eaR I Showed them It on my finger they said health care Know about It and walk off and didn't Help me.

13. In the morning I talk to mhp ms. E. Marsh at 10:00Am I also talk to mental health doctor ms. L. Hoke I told them I never suppose to be over here on crisis watch in the first place she talk to me and said okAy and they took me off of crisis watch mental Health doctor L. Hoke told health care to help me when I walk in health care on my way back to seg/RH I left 5 House and walked in health care at 10:30 Am and ask nurse ms. Brown can you please clean my ear, face and eyes off because It burns from being mace on december 26 2024 she said It has been a day you don't need medical attention You are good you can go back to seg the camera will show her actions.

14. After that I talk to I.A rich and told him about what happend on December 26 2024. I want All camera footage and pictures and reports took BY I.A B. Costantino Badge # 7608 to use as evidence as well. I still need my ear clean because mace is still in them and my eyes are still burning and I still see black dots and need medical attention right now.

15. On January 8 2025 I heard my ticket it was Lieutenant Brain Tolliver and Correctional officer Carmen MILIAN at 10:50 AM I gave Lieutenant Brain tolliver a written statement saying there was No 434 incident report written not one Staff member was even seen by health care for decontamination from exposure to the mace or not one correctional officer was hurt or injuried by me and how was I fighting them and only got one falSely written assault ticket. Per definition a 102(A) is an assault with injury causing a person, subject or object to come in contact with and resulting in injury to a staff member if I did do this 102(A) assault why didn't they attach the incidents and reports to the final Summary like they said at the end of the basis for decision also why didn't the camera footage they reviewed not show me actively fighting staff or elbowing someone in the face and nose? also I have a written Statement and they didn't put everything I said on my written Statement on my final summary report I gave Lieutenant Brain Tolliver A whole Paper to sign he took it and signed It and put It with my ticket he was holding You can check the camera footage on January 8 2025 at 10:50 when I heard my ticket In the Seg/RH soothing room. FounD

Legal CLAIMS (Count 1)
Excessive Force and Cruel and Unusual Punishment
Under Eighth Amendment "Deliberate Indifference"
and Failure to Provide Equal Protection of Law
Failure to Protect or to Intervence.

16. Plaintiff realledegs Paragraphs 1 thorugh 16
Defendant Lieutenant J. Burley Badge# 7347,
Defendant Fiero, Defendant musgrave, Defendant Nolan Gerling,
Defendant Lieutenant clary used excessive
Force and Cruel and unusal Punishment under Eighth
Amendment the defendants intentionally aggravatedly
assaulted and battered Plaintiff for no reason while
Plaintiff was handcoffed injuring him and causing
him further pain constituted a violation of his
civil rights.

17. Defendants Lieutenant J. Burley Badge#7347,
Defendant Musgrave, Defendant Nolan Gerling, Defendant fiero
Defendant Lieutenant clary actions were further
"Maliciously and Sadistically motivated by a
discriminatory Litigation bias against Plaintiff.

18. Defendants Lieutenant J. Burley Badge #7347, Defendant Fiero, Defendant Nolan Gerling, Defendant Musgrave, Defendant Lieutenant Clary foregoing actions constituted violation of Plaintiffs Constitutional rights Litigation discriminatory bias an assault and battery and the use of unnecessary use of Excessive and Unreasonable force. Each Defendant is individually culpable for the beating/assault as each Participated and/or refused to prevent the same while witnessing the actions of the other perpetrators.

19. Defendants Lieutenant J. Burley Badge #7347, Defendant Fiero, Defendant Nolan Gerling, Defendant Musgrave, Defendant Lieutenant Clary actions and failures to act were done maliciously and with the intent to injure Plaintiff an in fact cause serious bodily harm and pain to plaintiff.

20. Under the circumstances Defendant Schnell, Defendant Mays, Defendant Warton actions failures to act were unreasonable and they acted with "Deliberate Indifference" toward Plaintiff. Defendant's knew that Plaintiff would be harmed by Defendant Lieutenant J. Burley Badge #7347, Defendant Nolan Gerling, Defendant musgrave, Defendant Lieutenat clary actions and failures to act which created A strong Likelihood of serious harm to Plaintiff. Including pain and suffering at the very least Prison guards have the right to intervene when the situtation is under control.

21. Ultimately Defendants failed to take reasonable measures to prevent additional harm to plaintiff Such additional harm would not have occured or would have been mitigated had defendants acted reasonably.

22. Defendants actions and failure to act were performed under color of state law including by misuse of their positions of authority by the defendants actions and assault and battery and their "Deliberate Indifference" to plaintiff. Defendants violated rights under the Eighth Amendment to the united states constitution and state law.

## Legal Claims (Count 2)
Denial of medical care and inadequate health care treatment and Violation under First Amendment retaliation for freedom for speech addressing a matter of public concern and "Deliberance Indiffernce".

23. Plaintiff realleged in paragraphs 17 through 21 Defendant Deena Seed RN Nurse didn't provide adequate health care treatment after I asked her to clean my EARS, Face, and eyes after being Pepper sprayed with Oleo capsicum It clearly states in Illinois Administrative code Section 501.70 use of chemical agents D. 4) The committed person

24. ⬤ Shall be instructed by the correctional officer to flush his eyes and skin exposed to the chemical agent with water if the individual appears incapable of doing so a member of the medical staff shall perform this task if no member of the medical staff is present the correctional officer shall under take this procedure. By her not Providing me with help Defendant Deena Seed was in denial of Providing me with medical care and is "Deliberance Indifference".

25. ⬤ Defendant Deena Seed violated my First Amendment for freedon for speech retaliation for addressing my public concern by asking her for help for my medical concern instead she refuse to Provide me with medical care. Instead she did a crisis care record assessment on me. Lied and put me on crisis watch in retaiation for me being assaulted and pepper sprayed see exhibit B which defendant Deena Seed states it at the top of the paper were It say chief complaint at. I also have exhibit C were I have multiple sickcall passes and multiple doctor passes which was denied I Never seen a doctor at Lawrence correctional center at all.

26. It took me 28 days to see the nurse for sickcall and nurse Dotty said swollen TMS and knot to back right side of neck see exhibit D grievance date January 21 2025 inadequate health care when the grievance officer's response/findings. I seen the optometrist on January 24 2025 and was ordered glasses due to the mace was in my eyes and deterorated my vision and I was giving eye drops to help my vison by optometrist L. Gentry on may 5 2025 until September 9 2025 here is the call pass to prove it. I took the hearing test and have hearing loss with Audiology her name was ELLA on march 3 2025 10:30 am until 11:00Am Here is the call pass to prove it I had hearing loss due to the mace not getting clean out my ear. Defendant Deena Seed failing to provide me with medical needs I have to deal with a bad back, wear glasses and hearing loss for the rest of my life.

## Legal Claims (Count 3)

Denial of Due process rights under Fourteenth Amendment for disciplinary hearing.

27. On January 8 2025 I heard my disciplinary ticket by Defendant Lieutenant Brain Tolliver.

28. The plaintiff gave Defendant Lieutenant Brain Tolliver a written statement asking him to look at camera footage and 434 incident reports and look at reports to see if multiple staff members was assulated on camera by plaintiff and see if staff members/correctional officers was seen by health care for injury and sent to health care for decontamination from exposure to mace.

29. After the hearing the plaintiff received a written deposition signed by defendant Lieutenant Brain Tolliver stating "Guilty as charged based on staff statements" and sentencing the plaintiff 3 month c-Grade, 1 year segregation for 102 (A) Assualt and 215 safety of security Disobeying a Direct order.

30. The staff statements provided to the Defendant Lieutenat Brain Tolliver alleged that the plaintiff had a ssualted multiple officers fighting them and elbowed Defendant Lieutenant J. Burley Badge # 7347.

31. The staff statements did not state any facts showing I committed a assualt or was actively fighting staff.

32. Plaintiff pursuant to prison procedure the plaintiff filed an administrative appeal pointing out the staff evidence didn't support there charges and was denied.

33. Plaintiff appeal to springfield ARB Board and was denied by LAtoya Hughes see exhibit E grivance dated January 21 2025 Due fourteeth Amendment to expunge ticket.

## Exhaustion of Administrative Remedies

34. The Plaintiff has exhausted his Administrative remdies with respect to all claims and all Defendants check exhibits ARB response are included.

## Claims for relief

35. The actions of defendants Lieutenant J. Burley Badge # 7347, Nolan Gerling, musgrave, Lieutenant Clary iergean fiero in using pßhysical force against the plaintiff without need or Provocation or in failing to intervene to prevent the misuse of force were done "Maliciously and Sadistically" and constituted cruel and usual punishment in violation of the Eighth Amendment of the United States Constitution.

36. The actions of defendants Lieutenant J. Burley Badge# 7347, Nolan Gerling, musgrave, Lieutenant Clary and Sergeant fiero using physical force against the plaintiff without need or provocation constituted the assault and battery under the Law of your state.

37. The failure of defendants Schnell, mays, Barton, to take action to curb the Known pattern of physical abuse of a inmate by defendants Lieutenant J. Burley Badge #7347, Sergeant fiero, Nolan Gerling, musgrave, Lieutenant Clary constituted "Deliberate Indifference" to the plaintiff safety and Contributed to and proximately caused the above described violation of Eighth Amendment rights and assault and battery.

38. The actions of defendant Lieutenant Brain Tolliver refusing to check 434 incident reports from health care and seeing the video footage that I didn't actively fight NO staff member in the video or elbow NO one in the video on my final summary report which It states in there finding me guilty for false staff statements denieing the plaintiff due process of law in violation of the Fourteenth Amendment to the united states Constitution.

39. The failure of defendant Deena seed to provide adequate health care treatment to clean the mace off plaintiff's ear, face, eyes constitutes "Deliberate Indifference" to plaintiff's serious medical needs in violation of the eighth amendment and violation of plaintiffs first amendment retaliation for speech asking for help for medical needs but instead sent to crisis watch for punishment.




OERCP101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

PAGE: 284

RUN DATE: 1/23/2025

RUN TIME: 3:10:03 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: M14596 NOBLE,RONALD          Maximum          C          None          LAW:LAW:S:AL:07:L
1

PRIMARY: DISCIPLINARY SEG. , LOCKUP-LAW400010325

DESTINATION: eye doctor dr gentry          DAY: 1/24/2025          AT: 10:00:00 AM
PASS TYPE: HEALTH CARE UNIT
COMMENTS:
AUTHORIZED: JULIE Morris

CELL HOUSE SIGNATURE: _____                    TIME: ___:___
DESTINATION SIGNATURE: _____                    TIME: ___:___
EXIT SIGNATURE: _____                    TIME: ___:___
RETURN SIGNATURE: _____                    TIME: ___:___

got glasses from Julie norris
on 1-6-25 at 1:20 until 1:30
with c/o ~~green tree~~ green tree

10:40 until 10:42 Lars
L timicesap took me

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS



PAGE: 261
RUN DATE: 4/2/2025
RUN TIME: 2:58:07 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: M14596 NOBLE,RONALD                 Maximum         C     None              LAW:LAW:S:AL:07:L
                                                                                  1

PRIMARY: DISCIPLINARY SEG. , LOCKUP-LAW400010325

MSiBarker c/oACKMAN c/oMassey 1:05 until 135Pm

DESTINATION: RH NSC                       DAY: 4/3/2025    AT: 1:00:00 PM

 PASS TYPE: HCU - IN HOUSE

 COMMENTS:

AUTHORIZED: Cassi Rowehunt


   CELL HOUSE SIGNATURE:     _____            TIME:  ___:___
 DESTINATION SIGNATURE:      _____            TIME:  ___:___
       EXIT SIGNATURE:       _____            TIME:  ___:___
     RETURN SIGNATURE:       _____            TIME:  ___:___

OERCP101



ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS



PAGE: 233

RUN DATE: 3/2/2025

RUN TIME: 2:39:27 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: M14596 NOBLE,RONALD          Maximum          C     None          LAW:LAW:S:AL:07:L
                                                                        1

PRIMARY: DISCIPLINARY SEG. , LOCKUP-LAW400010325

*ELLA 10:30 unti/ 11:00Am Lt,M² || SAP*

DESTINATION: Audiology          DAY: 3/3/2025     AT: 10:00:00 AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS:

AUTHORIZED: ANDREA Holscher


CELL HOUSE SIGNATURE: _____          TIME: ____:____

DESTINATION SIGNATURE: _____          TIME: ____:____

EXIT SIGNATURE: _____          TIME: ____:____

RETURN SIGNATURE: _____          TIME: ____:____



ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

PAGE: 284

RUN DATE: 1/22/2025

RUN TIME: 3:02:34 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: M14596 NOBLE,RONALD          Maximum          C       None          LAW:LAW:S:AL:07:L
                                                                          1

PRIMARY: DISCIPLINARY SEG. , LOCKUP-LAW400010325

DESTINATION: RH NSC                DAY: 1/23/2025    AT: 12:30:00 PM

PASS TYPE: HCU - IN HOUSE

COMMENTS:

AUTHORIZED: Cassi Rowehunt

CELL HOUSE SIGNATURE: _____          TIME: ____:____

DESTINATION SIGNATURE: _____          TIME: ____:____

EXIT SIGNATURE: _____          TIME: ____:____

RETURN SIGNATURE: _____          TIME: ____:____

M.s.Doty ₁1:10pm ᶜ/ʙ winkie



ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

PAGE: 333

RUN DATE: 2/25/2025

RUN TIME: 3:23:28 PM

Case 3:25-cv-01075-PMR Document 1 Filed 09/08/25 Page 51 of 71 PageID #137

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: M14596 NOBLE,RONALD          Maximum          C     None          LAW:LAW:S:AL:07:L
                                                                        1

PRIMARY: DISCIPLINARY SEG. , LOCKUP-LAW400010325

DESTINATION: Dr. cole              DAY: 2/26/2025    AT: 4:30:00 PM

PASS TYPE: HCU - IN HOUSE

COMMENTS:

AUTHORIZED: Cassi Rowehunt

CELL HOUSE SIGNATURE: _____          TIME: ____:____
DESTINATION SIGNATURE: _____          TIME: ____:____
EXIT SIGNATURE: _____          TIME: ____:____
RETURN SIGNATURE: _____          TIME: ____:____

---

OERCP101



ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS



PAGE: 243

RUN DATE: 4/1/2025

RUN TIME: 3:01:49 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: M14596 NOBLE,RONALD          Maximum          C     None          LAW:LAW:S:AL:07:L
                                                                        1

PRIMARY: DISCIPLINARY SEG. , LOCKUP-LAW400010325

DESTINATION: MD Line/Dr.Cole       DAY: 4/2/2025     AT: 3:30:00 PM

PASS TYPE: HCU - IN HOUSE

COMMENTS:

AUTHORIZED: Jessica Judy

CELL HOUSE SIGNATURE: _____          TIME: ____:____
DESTINATION SIGNATURE: _____          TIME: ____:____
EXIT SIGNATURE: _____          TIME: ____:____
RETURN SIGNATURE: _____          TIME: ____:____



ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

RUN DATE: 2/4/2025

RUN TIME: 3:01:42 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: M14596 NOBLE,RONALD          Maximum          C       None          LAW:LAW:S:AL:07:L
                                                                           1

PRIMARY: DISCIPLINARY SEG. , LOCKUP-LAW400010325


DESTINATION: Dr. Cole                DAY: 2/5/2025     AT: 4:00:00 PM

 PASS TYPE: HEALTH CARE UNIT

 COMMENTS:

AUTHORIZED: Cassi Rowehunt


    CELL HOUSE SIGNATURE: _____          TIME: ____:____

 DESTINATION SIGNATURE: _____          TIME: ____:____

        EXIT SIGNATURE: _____          TIME: ____:____

      RETURN SIGNATURE: _____          TIME: ____:____

---

OERCP101        ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS                    PAGE: 335

RUN DATE: 2/18/2025

RUN TIME: 2:54:46 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: M14596 NOBLE,RONALD          Maximum          C       None          LAW:LAW:S:AL:07:L
                                                                           1

PRIMARY: DISCIPLINARY SEG. , LOCKUP-LAW400010325


DESTINATION: Dr. Cole                DAY: 2/19/2025     AT: 3:30:00 PM

 PASS TYPE: HCU - IN HOUSE

  COMMENTS:

AUTHORIZED: Cassi Rowehunt


    CELL HOUSE SIGNATURE: _____          TIME: ____:____

 DESTINATION SIGNATURE: _____          TIME: ____:____

        EXIT SIGNATURE: _____          TIME: ____:____

      RETURN SIGNATURE: _____          TIME: ____:____

Exhibit

ILLINOIS DEPARTMENT OF CORRECTIONS

**Crisis Care Record**

LAWRENCE CC
Facility

Name of Individual in Custody (Last, First) Noble, Ronald    ID#: M14596

Date of Incident: 12-26-24    Time of Incident: 7:00 ☐ a.m. ☒ p.m.

Chief Complaint/Antecedent/Behavior Description: Individual did not want to get off the transfer bus and ended up getting peppered sprayed. He is very upset over this

Reporting Staff: _____    Date: _____    Time: _____ ☐ a.m. ☐ p.m.

Crisis Team Member: Deena Seed. RN    Date: 12/26/24    Time: 7:30 ☐ a.m. ☒ p.m.

## Notifications

DAO/CAO: _____    Date: _____    Time: _____ ☐ a.m. ☐ p.m.

Shift Commander/Supervisor: Major Henton    Date: 12/26/24    Time: 9:20 ☐ a.m. ☒ p.m.

Crisis Team Leader: Dr. Cordova    Date: 12/26/24    Time: 8:50 ☐ a.m. ☒ p.m.

HCU/Nurse: Deena Seed, RN    Date: 12/26/24    Time: 8 ☐ a.m. ☒ p.m.

Additional Notification: _____    Date: _____    Time: _____ ☐ a.m. ☐ p.m.

Additional Notification: _____    Date: _____    Time: _____ ☐ a.m. ☐ p.m.

Crisis Care Status authorized by [Print Name]: _____

## Crisis Care Status

30' PC: Periodic Check  15' CS: Close Supervision  10' SW: Suicide Watch    CW: Continuous Watch  R-MH: Restraints-MH Purpose

| Crisis Status | | | | | Start Date | Start Time | End Date | End Time |
|---|---|---|---|---|---|---|---|---|
| ☒PC | ☐CS | ☐SW | ☐CW | ☐R-MH | 12/26/24 | 8:50 ☐a.m. ☒p.m. | 12/27/24 | 10:00 ☒a.m. ☐p.m. |
| ☐PC | ☐CS | ☐SW | ☐CW | ☐R-MH | 12/27 errokem | | ☐a.m. ☐p.m. | | |
| ☐PC | ☐CS | ☐SW | ☐CW | ☐R-MH | | | ☐a.m. ☐p.m. | | |
| ☐PC | ☐CS | ☐SW | ☐CW | ☐R-MH | | | ☐a.m. ☐p.m. | | |
| ☐PC | ☐CS | ☐SW | ☐CW | ☐R-MH | | | ☐a.m. ☐p.m. | | |
| ☐PC | ☐CS | ☐SW | ☐CW | ☐R-MH | | | ☐a.m. ☐p.m. | | |
| ☐PC | ☐CS | ☐SW | ☐CW | ☐R-MH | | | ☐a.m. ☐p.m. | | |

After 10 days, is higher level of MH services (RTU, Inpat.) recommended?    Yes    (No)
Rationale (required):

E. Marsh    12/27/24  10:20 am

Mental Health Professional: Dr. Cordova    Date: 12/26/24  Time: 8:50 ☐ a.m. ☒ p.m.

Crisis Team Leader: Deena Seed RN    Date: 12/26/24  Time: 8 ☐ a.m. ☒ p.m.

Crisis Care Status shall be established in accordance with Administrative Directive 04.04.102 and recorded on the Crisis Watch Observation Log.

Distribution: Medical File

DOC 0377 (Rev. 09/2021)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**EVALUATION OF SUICIDE POTENTIAL**

Lawrence Correctional Center                                                     12-26-24

Facility                                                                              Date

| Name of Individual in Custody: | Noble, Ronald | M14596 | 10-3-90 |
|---|---|---|---|
| | Last, First, MI | ID # | DOB |

Reason for Completion: ☒ Emergency Ref/MH Crisis ☐ Parole Violator ☐ PREA ☐ RH/ERH ☒ Transfer/Writ ☐ Post-Crisis F/U

### Section I: Risk Factors of the Individual in Custody

| | | | |
|---|---|---|---|
| 1. | Have there been reports that the individual may be at risk for suicide? | Yes ☐ | No ☒ |
| 2. | Has the individual experienced a significant loss within the previous six months? | Yes ☐ | No ☒ |

- If yes, describe:

| | | | |
|---|---|---|---|
| 3. | Is the individual worried about any major problems other than his/her legal situation? | Yes ☒ | No ☐ |

- If yes, describe: "My current situation right now.and my injuries in/on various places on my body"

| | | | |
|---|---|---|---|
| 4. | If the individual holds a position of respect in the community, is the individual having difficulty adjusting to the loss of freedom, status or privilege? | Yes ☐ | No ☒ |
| 5. | Is this his/her first involvement with the legal system? | Yes ☒ | No ☐ |

- If yes, describe:

| | | | |
|---|---|---|---|
| 6. | Does the individual appear to feel unusually <u>embarrassed</u> or ashamed? | Yes ☒ | No ☐ |
| 7. | Does the individual express feelings of <u>hopelessness</u> or helplessness? | Yes ☒ | No ☐ |
| 8. | Does the individual show signs of depression (i.e. crying, emotional flatness, etc.)? | Yes ☐ | No ☒ |

- If yes, describe:

| | | | |
|---|---|---|---|
| 9. | Does the individual seem overly anxious, <u>afraid</u>, or angry? | Yes ☒ | No ☐ |

- If yes, describe:

| | | | |
|---|---|---|---|
| 10. | Is the individual acting or talking in a strange manner (e.g. cannot focus his/her attention, hallucinating, etc.)? | Yes ☐ | No ☒ |

- If yes, describe:

| | | | |
|---|---|---|---|
| 11. | Has the individual made previous suicide attempts? | Yes ☐ | No ☒ |

- If yes,
    How many attempts have been made previously? _____

Date and method of the most recent suicide attempt: _____

ILLINOIS DEPARTMENT OF CORRECTIONS

## CRISIS WATCH OBSERVATION LOG

LAWRENCE CORRECTIONAL CENTER
<br>Facility

Name of Individual in Custody: Noble, Ronald    ID#: M14696

**Monitoring status** (Verbal and visual line-of-sight monitoring):
- ☒ **Periodic Check**- random checks never longer than **30 minutes**
- ☐ **Close Supervision**- random checks never longer than **15 minutes**
- ☐ **Suicide Watch**- random checks never longer than **10 minutes**
- ☐ **Continuous Watch**- monitoring **continuously** (summarize at minimum every 10 minutes, or more frequently if significant events occur)

**Restraints for Mental Health Purposes:** ☐ Yes  ☒ No

Observation Concerns: Suicide Attempts, SIB, AGG, Restless/Agitation, Self-Care, Falls/Medical

| Date | Time | Observations | Employee Signature and ID # |
|---|---|---|---|
| 12/26/24 | 8:50 ☒ p.m. | Individual placed on a 30 min crisis watch per Dr. Cordova-Osea RN | Antony 6319 |
| 12-26 | 9:19 ☒ p.m. | In shower on 5-B wing | Antony 6319 |
| 12.26 | 9:40 ☒ p.m. | Placed in 5-B Lower 20 | Antony 6309 |
| 12-26 | 10:08 ☐ p.m. | on bed | 7353 |
| 12-26 | 10:36 ☒ p.m. | on bed | 7353 |
| 12-26 | 11:00 ☒ p.m. | on bed | Coleman 6907 |
| 12-26 | 11:30 ☐ p.m. | on bed | Coleman 6907 |
| 12-26 | 11:59 ☒ p.m. | on bed | Co |
| 12-27 | 12:27 ☐ p.m. | on bed | Co |
| 12-27 | 12:56 ☐ p.m. | on bed | Co |
| 12-27 | 1:24 ☐ p.m. | on bed | Coleman 6907 |
| 12-27 | 1:53 ☐ p.m. | on bed | Co |
| 12-27 | 2:20 ☐ p.m. | on bed | Co |
| 12-27 | 2:50 ☐ p.m. | on bed | Co |
| 12-27 | 3:19 ☐ p.m. | On bed | Coleman 6907 |
| 12-27 | 3:47 ☐ p.m. | on bed | Co |
| 12-27 | 4:15 ☐ p.m. | on bed | Co |
| 12-27 | 4:43 ☐ p.m. | On bed | Co |
| 12-27 | 5:10 ☐ p.m. | on bed | Coleman 6907 |
| 12-27 | 5:40 ☐ p.m. | on bed | Co |
| 12-27 | 6:08 ☐ p.m. | on bed | Co |
| 12-27 | 6:37 ☐ p.m. | on bed | CO |
| 12-27 | 705 ☐ p.m. | on bed | BC 13075 |

*Printed on Recycled Paper*
<br>Side 1   11-7 Lt Devine   DOC 0378 (Rev. 01/2023)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Psychiatric Progress Note

Facility: Lawrence Correctional Center

**Individual in Custody**

**Name** (Last, First)  Noble, Ronald   **ID Number:** M14596   **Date:** December 27, 2024

**Start Time:** 10:00 am

Allergies or Medication Sensitivities?  ☒ No  ☐ Yes  If yes, then describe:

Scheduled Visit Type:  Routine Follow Up ☒  Complex Follow Up Evaluation ☐

Level of Care:  Outpatient ☒  Residential Treatment Unit ☐  mRTU ☐  Inpatient ☐  Crisis ☐

Type of Visit:  Telepsychiatry ☐  Onsite Evaluation ☒  Other ☐  (identify):

Has individual in custody been on Crisis Watch since last psychiatric visit?  Yes ☒  No ☐

If yes, explain:

placed on CW 12/26/24

**Source of Information:**  ☒ Individual in Custody  ☐ Mental Health Staff  ☐ Medical Staff  ☒ Mental Health Progress Notes
(Check all that apply)  ☐ Medical Progress Notes  ☐ Mental Health Evaluation dated:
☐ Crisis Records  ☒ Other (identify): Offender 360
☒ Previous Psychiatric Progress Note  ☒ MAR

### Subjective/Objective

The patient is a 34-year-old African American male incarcerated until 10/2035 with a diagnosis of unspecified anxiety disorder and is currently prescribed Tegretol and Trazodone. Today, patient reports "I'm not too good but as far as this situation goes I'm okay." States mood is "alright" and denies feeling down, depressed, or anxious, "I don't wanna be on crisis." States he was placed on crisis watch after he returned from a writ, but "I wasn't suicidal. They said it was for my safety." Reads and goes to yard to alleviate stress and manage mood. Feels medication is helpful and reports side effects with Trazodone but does not want to discontinue. Denies any SI/HI. Denies mania, mood fluctuations, anger, agitation, paranoia, AH/VH.

**LIST CURRENT PSYCHOTROPIC MEDICATIONS:**  ☐ Check if None

Trazodone 100mg po q HS
Tegretol chew 150mg po BID *crush/float*

Pertinent medical medications:

Compliance:  ☒ Good  ☐ Poor (list details)

Side effects:  ☐ None  ☒ Yes (list details below)

Trazodone -- priapism

MAR reviewed:  Yes ☒  No ☐

Is individual in custody currently prescribed Involuntary Psychotropic Medication(s)?  Yes ☐  No ☒

**Lab Results:** Comment on abnormal results and include drug levels.  None ordered ☒

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Psychiatric Progress Note

Facility: Lawrence Correctional Center

**Individual in Custody**
**Name** (Last, First)   Noble, Ronald          **ID Number:** M14596          **Date:** December 27, 2024

| Estimated Intelligence | ☐ Above average | ☒ Average | ☐ Below average |

| Insight: | ☒ Adequate | ☐ Poor | ☐ | |

| Judgment: | ☒ Adequate | ☐ Poor | ☐ | |

| Motivation: | ☒ Good | ☐ Adequate | ☐ Poor | ☐ | |

| Historian: | ☒ Reliable | ☐ Poor | ☐ Inconsistent | ☐ Unable to assess at this time |

Other observations:

n/a

### Diagnoses

Psychiatric Diagnosis:

ad: Unspecified anxiety disorder
Secondary: stimulant use disorder, ICE

Medical Diagnosis:

Based upon today's evaluation:
Since last visit, individual in custody's psychiatric symptoms have:   Improved ☐   Remained same ☒   Worsened ☐

**Modified Global Assessment**   68   to   70

**Based upon diagnosis, Modified GAF and need for supportive services, Individual in Custody is designated SMI?**   Yes ☐   No ☒

### Narrative Summary

RISK: Current risk for suicide or aggressive behavior is low. Patient adamantly denies any SI/HI and remains future-oriented. No new judgment concerns noted. Appears to have good insight and seems fairly reliable. Patient is unassigned to work or school. Denies any cent tickets and is currently C grade.

MEDICATION: Current regimen is adequately controlling patient's symptoms. Patient reports priapism with Trazodone, but states it does not occur often and he does not want to change medication at this time. Encouraged patient to discuss other options with primary provider and he voiced understanding. Patient utilizes mental health services appropriately and has adequate coping mechanisms in place. No changes at this time.

DIAGNOSIS: No anticipated changes.

### Psychiatric PLAN

Psychotropic Medication:   ☐ Started (Consent: DOC 0541)   ☐ Discontinued   ☐ Changed

☒ Continue Current Medication

☐ Medication specifics and rationale:

Continue Tegretol chew 150mg po BID and Trazodone 100mg p q HS until expiration 1/29/25

ILLINOIS DEPARTMENT OF CORRECTIONS

## Psychiatric Progress Note

Facility:  Lawrence Correctional Center

**Individual in Custody**
**Name** (Last, First)   Noble, Ronald            **ID Number:** M14596          **Date:** December 27, 2024

Next Appointment: 7 days from crisis discharge

**Evaluation completed by:**

| L. Hoke | | PMHNP-BC |
|---------|---|----------|
| Print Name | Signature | Title |

| Dec 27, 2024 | 10:15 am | |
|--------------|----------|---|
| Date | End Time | |

noted
H. Ellison RN
12·27·24

Exhibit

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER OUTPATIENT PROGRESS NOTES
LAWRENCE CORRECTIONAL CENTER

Offender Information:

Last Name: Noble    First Name: Ronald    MI: ___    ID#: M14596

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4/8/25 1244 | — cpn note — During non medline this individual in custody upset about NSC meds stopping, he s/p seen NSC two days ago for headache, education NSC meds are only x3 days, he s/p they worked and he is asking for a long term order, education would pull chart and review ō provider, returned to Hcu. pulled chart, NSC 4/3/25, provider aware ō new orders. | ① Ty/500 1-2 po BID prn x6mo ② Ibu 600 1 po BID prn x6mo  Vo. Lukenbarc/____ C. Luking FNPc |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

CaSe 25-cv-01575-JPM-R Document 1 Filed 09/08/25 Page 60 of 71 PageID 60

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER OUTPATIENT PROGRESS NOTES
LAWRENCE CORRECTIONAL CENTER

ILLINOIS DEPARTMENT OF CORRECTIONS
### Individual in Custody Request

Individual in Custody Name: Ron7ld Noble   ID #: M14596  Living Unit: Seg Ariy cirl 7

Job Assignment: _____  Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: ☐ Clinical Services  ☐ OAEVS  ☐ Career and Technical Education (CTE)  ☐ Business Office
☐ Record Office  ☐ Placement Office  ☑ other (specify) Healthcare Sick Call

for the purpose of (explain): I need some therichic shampoo Not Dandoff
shampoo my hair is itching bad I need It ASAP
you sent me Dandduff shampoo on April 9 2025

Have you previously discussed this issue with a staff member? ☐ No ☐ Yes  If yes, name: _____

Individual in Custody's Signature              Date: April 10 2025

***INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE***

Remarks by staff (if necessary): _____

NSC 4/25
PECKE/ RN 4/15/25                              APR ᵒ 5 2025

Print Staff Name          Staff Signature          Date

Distribution:  Affected Unit                              DOC 0286 (Rev. 3/2024)

Distribution: Offender's Medical Record

Exhibit

# OFFENDER OUTPATIENT PROGRESS NOTES
## LAWRENCE CORRECTIONAL CENTER

**Offender Information:**

Last Name: Noble    First Name: Ronald    MI: _____    ID#: M14596

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/3/25 10:35a | Audiology Line: Pt sched for hearing eval. Previously mild H.L. | Rec: 1) Re-eval in 2-3yrs due to inconsistencies. |
| | Functional hearing loss, AU | Ellen Scarburg, AuD, CCC-A |
| | DPOAE screen: pass, AU | |
| | Full report to follow. | |

Exhibit

**Offender Outpatient Progress Notes**

_____ LAWRENCE CORRECTIONAL ____ Center

# Nurse
# Sick call

**Headache**

**Offender Information:**

Last Name: Noble  First Name: Ronald  MI:  ID#: M14596

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 4.3.25  120pm | **RN NOTE** (LPN/CMT NOTE)  S) - Duration of headache? AWhile  - Is the headache progressively increasing in severity?  - What are your symptoms? HA  - Pain location? (L) Temple  - Is this a new type of headache? no  - Describe the pain? Throbbing  - Describe level of pain 1 -10? 9  - Is this the worst headache of your life? Ø  - Reports of any of the following? Ø  ☐ N/V ☐ dizziness ☐ blurry vision  ☐ diplopia ☐ photophobia | P) **Refer to MD if:**  - Recent head injury  - Stiff neck  - Confused  - VS's abnormal  - Severe pain  - Nausea / Vomiting  - Dizziness  - Photophobia  - Double Vision  - Headache continues despite Tx protocol  - "Thunder Clap" onset or comment of "Worst headache I have ever had"  - HIV(+) or history of cancer  - Unequal pupils  No MD Referral: |
|  | - Reported Hx of similar episodes Yes (No)  - If yes, what Tx is effective?  - HIV infection or Cancer? No  - Any recent trauma or injury? No  - Allergic to medication? NKA  O) T 98° P 72 R 16 BP 130/72 WT 160.2  O2 Sat 98% | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) RN Nichele  or Ibuprofen 200 mg 1-2 tabs t.i.d. for 3 days (18 tabs)  - Cool compresses may be helpful  - Encourage quiet, dark room  **Patient Teaching:**  - Relative cause of headache |
|  | - Observe for altered level of consciousness, slurred speech and mental status A+O×3 | Medication as instructed |
|  | - Check pupils, hand grasps strong | - Referral to physician clinic if symptoms persist, or if they intensify (i.e., development of stiff neck, nausea, vomiting) |
|  | - Ability to touch chin to chest with mouth closed (test of stiff neck) yes | **Follow-Up:**  Return to sick call if no improvement with treatment |
|  | - Visual acuity N/A. | Nurse Signature B. Aker LPN |
|  | A) **Alteration in Comfort** | Payment voucher YES (NO) |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

_Printed on Recycled Paper_

EXHIBIT

ILLINOIS DEPARTMENT OF OFFENDER
### Offender Health Status Transfer Summary

**Transferring Facility:** _____ Center

**Offender Information:**
Last Name: Noble
First Name: Ronald
MI: ___
ID#: M14596

Date: _____ Time: _____ ☐ a.m. ☐ p.m.

Transfer Screening (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: _____ Food Handler Approved: _____

Current / Acute Conditions / Problems: _____

Chronic Conditions / Problems: _____

Current Medications (name, dosage, frequency, and duration):

Acute Short-term: _____

Chronic Long-term: _____

Chronic Psychotropic: _____

Current Treatments: _____

Therapeutic Diets: _____

Follow-Up Care: _____

Chronic Clinics: _____

Specialty Referrals: _____

Significant Medical History: _____

Physical Disabilities / Limitations: _____

Assistive Devices / Prosthetics: _____ ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt; Date: _____ ☐ Hx Psych Med ☐ Hx MPC / STC Substance Abuse: ☐ Alcohol ☐ Drugs

R & C Use Only: ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Other: _____ ☐ Packet Complete

_____ _____ _____
Health Care Staff and Title            Signature                    Date

---

Reception Screening (completed by receiving facility health care staff):

**Facility:** Lawrence CC  **Date:** 12-26-24  **Time:** 530  ☐ a.m. ☒ p.m.

**Subjective:**
Current Complaint: "My head and my eye hurts. I have scratches on my body. My pain is 10."
Current Medications/Treatment: Asthma pump, Tegretol, Trazadone, Allergy meds

**Objective:**
Physical Appearance/Behavior: Agitated et on edge. No acute distress
Deformities: Acute/Chronic: _____
T: 98.9 P: 89 R: 18 B/P: 132 / 88
Wt. 148.4   O2 99%

_____
Deena Sere O.RN
Printed Name and Title

**Assessment:**
SA-Y/Ⓝ  Scabies-Y/Ⓝ  Hearing Aid-Y/Ⓝ
SP-Y/Ⓝ  Crabs-Y/Ⓝ  Glasses-Y/Ⓝ
MH-Y/Ⓝ  Lice-Y/Ⓝ
Fit test-Y/Ⓝ
Pins/rods/screws/bullets/metal- Bullet Fragment in back

**Plan: Disposition:**
☐ Health Information Given  ☐ Emergency Referral: _____
☒ Sick Call: Urgent (Routine)
☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____
☐ Infirmary Placement: _____
☐ Other (specify): _____

_____ 12-26-24
Signature                    Date

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

_____ _____  ☐ Approved  ☐ Denied
Mental Health Professional Signature and Title    Date

_____ _____  ☐ Approved  ☐ Denied
Health Care Staff Signature and Title             Date

I understand that medical, mental health and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_____ _____ _____  ☐ a.m. ☐ p.m.
Offender Signature                Date        Time

Distribution: Offender's Medical Record
Transferring Facility
Receiving Facility

Printed on Recycled Paper

DOC 0090 (Rev. 3/2016)

Exhibit

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

LAWRENCE CORRECTIONAL Center

**Nurse Sick call**

**Non-Specific Discomfort**

Offender Information:

noble / Last Name

Ronald / First Name

MI

M14596 / ID#:

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1 2325 | **RN NOTE   LPN/CMT NOTE** | P) **MD Referral if:** |
| 1 10/P | S) - Any Allergies? | |
| | - Location of pain / discomfort?  back med ear eye | - Patient presents more than twice at NSC for c/o same discomfort within one month |
| | - Describe pain  Stabbing  Throbbing  Constant  Intermittent  Etc. | - Patient presents with signs of acute, severe discomfo |
| | - Have you had this pain before and how was it treated?  No | - Patient has abnormal vital signs  discuss c NP ) |
| | - Rate pain level scale of 1 – 10?  10 | |
| | - Duration of pain?  12 26 24 | No MD referral: |
| | O)  97.0  78  16  R  BP 135/81  WT 160.2 | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets) |
| 99% | - Signs of obvious discomfort  yes | - Ibuprofen 200mg 1-2 tabs t.i.d. PRN for 3 days (18 tabs) |
| | | **Patient Teaching:** |
| | - Observations related to body part affected  has knot to | - Return to see provider if symptoms worsen or interfere with daily functioning |
| | back of neck. | Was seen NSC |
| | Lt side, back | Given TMP & helping |
| | hurts c/o eye | C/o can sleep |
| | burning from man | |
| | ? c/o ear of ill burn | **Nurse Signature** |
| | **A) Non-Specific Discomfort**  ear √. both ears after to have swollen  TM's | **Payment voucher**  YES  NO |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Exhibit

STATE OF ILLINOIS )

)

COUNTY OF )

## AFFIDAVIT

I Ronald NOBLE _____ do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts.

I sworn every thing that happend on December 26 2024 is true and all claims are factual

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury that Everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 11 day of August 20 25

_____

Affiant

## V. REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

## VI. JURY DEMAND (*check one box below*)

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed
on: _____
(date)

_____
Signature of Plaintiff

Pontiac correctional center, Po BOX 99
Street Address

RONALD NOBLE
Printed Name

Pontiac IL 61764
City, State, Zip

M14596
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

Relief Request

Wherefore, Plaintiff requests that the court grant the following:

A. Issue a declaratory Judgment stating that:

1. The physical abuse of the plaintiff by defendants Lieutenant J. Burley Badge # 7347, Nolan Gerling, musgrave, Sergeant Fiero, Lieutenant Clary violated the plaintiff's rights under the eighth amendment to united states constitution and constituted an assault and battery under state law.

2. Defendants T. Barth, mays, Schnell failure to take action to curb the physical abuse of prisoners violated the plaintiff's right under eighth amendment to the united states constitution and constituted an assault and battery under state law.

3. Defendant Lieutenant Brain Tolliver actions in conducting the plaintiff's disciplinary hearing violated the plaintiff's rights under the Due process clause of the fourteeth amendment to the united states constitution.

4. Defendant Deena seed failing to provide adequate medical care and failing to help plaintiff clean off mace instead sending him to crisis watch in retaliation for asking for help violated the plaintiff first amendment retailation for speech ad dressing a matter of public concern and failing to provide adequate medical care violate Plaintiff's rights under eighth amendment to the united states constitution.

B. Issue an injunction ordering defendant Deena seed or their agents to:
1. Immediately arrange for the plaintiff to start physical therapy on his back and neck and a follow-up treatment for neck and lower back pain by a qualified physician.

C. Issue an injuction ordering defendant Brain Tolliver to:
1. Release the Plaintiff from punitive segregation and place him in general population with restoration of all rights and privileges

2. Expunge the disciplinary convictions described in the complaint from the plaintiff's institutional record.

D. Award compensatory damages in the following amount:

1. $160,000 Jointly and severally against defendants J. Burley Badge# 7347, Clary, Fiero, Nolan Gerling, MAYS, Schnell, T. Barth, and musgrave for the physical and emotional injuries sustained as a result of the plaintiff's beating.

2. $10,000 against defendant Brain Tolliver for punishment including deprivation of liberty and amenity and emotional injury resulting from his denial of due process in connection with the plaintiff's disciplinary proceeding.

3. $25,000 against defendant Deena seed for the physical and emotional injury resulting from the failure to provide adequate medical care to the plaintiff.

E. Award punitive damages in the following amounts:

1. $20,000 each against defendants J. Burley Badge#7347, MAYS, Schnell, Musgrave, Clary, Fiero, Nolan Gerling and T. Barth.

2. $10,000 against defendant Brain Tolliver.

3. $20,000 against defendant Deena SEED

F. Grant such other relief as It may appear that plaintiff is entitled.

DATE:

Respectfully submitted _____

RONALD NOBLE M14596   Pontiac Correctional center
                      PO BOX 99
                      Pontiac IL 61764

Exhibit 5

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order 11-21-24 | minerin Cream (454 gm) AAR PRN x 1yr. | 1108 | | | | | | | | | | | | | | 1/4 | | | | | | | | | | | | | | | | | | |
| Discontinue 11-20-25 Rx # | <copied> xfer in - weisman | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7-27-24 | Singulair 10mg PO Q Daily x1yr (@ bedtime) | PM | | | | | | | →AB | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 7-26-25 Rx # | <copied> xfer in - Luxsing | | | | | | | | | | | | | | #20 | | | | | | | | | | | | | | | | | | | |
| Original Order 7-15-25 | Trazadone 100mg PO QHS C/F | PM | | | | | | | →AB | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 7-13-25 Rx # | <copied> xfer in- Bell | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 4-25-25 | Tgel Shampoo - use 3x wk PRN x1yr. | Keep | | | | | | | | | | | | | | 1/2 | | | | | | | | | | | | | | | | | | |
| Discontinue 4-25-26 Rx # | <copied> xfer in | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 4-10-25 | Tylenol 500mg tab- take 1-2 tabs PO BID PRN | AM | | | | | | | → | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 10-6-25 Rx # | <copied> xfer in - Luxsing | PM | | | | | | | →AB | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 3-23-25 | Tegretol 200mg PO BID C/F | AM | | | | | | | → | | | | | | | | | | | | | | | | | | | | | | | | | |
| Discontinue 8-29-25 Rx # | <copied> xfer in - Khan | PM | | | | | | | →AB | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| 8 | [signature] | | | SS | S Swli R | B | BMcrott JR | AB | about lett RN |
| | | | | | | NH | N. Hournin | CY | CHollidayJr |

| Location | Date of Birth or Soc. Sec. No. | Allergies | | | | |
|---|---|---|---|---|---|---|
| N 507 | 10-31-90 | NKDA | | | | |

| Inmate Name and Number | Facility | Charting for | Through |
|---|---|---|---|
| Noble, Ronald  M14596 | Pontiac c.c. | 5/1/25 | 5/31/25 |

Form # 8182LMR (Rev. 08/13)

Reorder From: MED-PASS 800-438-8884